**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| SACHA BARON COHEN, an individual, and PLEASE YOU CAN TOUCH, LLC, a California limited liability company,<br><br>     Plaintiffs,<br><br>   v.<br><br>SOLAR THERAPEUTICS INC., a Massachusetts corporation; and EDWARD DOW III, an individual,<br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:21-CV-11139-DJC<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER**

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, Plaintiffs

Sacha Baron Cohen ("Mr. Baron Cohen") and Please You Can Touch, LLC ("PYCT") and

Defendants Solar Therapeutics Inc. ("Solar") and Edward Dow III ("Dow") (collectively, the

"Parties," and each individually, as the context may require, as a "Party") respectfully submit

this Joint Motion ("Motion") for Entry of a Stipulated Protective Order (attached as Exhibit A

hereto). As grounds for this Motion, the Parties state as follows:

1.     Plaintiffs filed this lawsuit on July 12, 2021, alleging: (a) willful copyright

infringement, (b) false advertisement, and (c) willful violation of the Massachusetts statute

against misappropriation of rights of publicity. *See* ECF #1 ("Complaint" or "Compl").

2.     On September 13, 2021, Defendant, Solar, filed its Answer and Defendant,

Dow, filed a Motion to Dismiss for Failure to State a Claim.  *See* ECF #s 12 and 15.

3.     On December 6, 2021, Dow's Motion was denied.  *See* ECF #29. On

December 16, 2021, Dow answered the Plaintiffs' Complaint. *See* ECF #34.

4.      Pursuant to Rule 26(a)(l) of the Federal Rules of Civil Procedure, the Parties made initial disclosures on December 14, 2021.

5.      Discovery has begun, and the Parties anticipate that documents, testimony, or information containing or reflecting confidential, personal, proprietary, trade secret, and/or commercially sensitive information are likely to be disclosed or produced during the course of discovery in this case.

6.      The Parties agree that good cause exists for entry of the [Proposed] Stipulated Protective Order.

WHEREFORE, the Parties respectfully request that this Court enter the [Proposed] Stipulated Protective Order attached as Exhibit A hereto.

Dated: January 13, 2022

SACHA BARON COHEN
And PLEASE YOU CAN TOUCH, LLC,

By their attorneys,

By: /s/ Russell A. Smith
Russell A. Smith (Admitted *pro hac vice*)
rsmith@smithdehn.com
SMITHDEHN LLP
654 San Juan Avenue
Venice Beach
Los Angeles, California 90291
Telephone: (917) 239-5047
Telefacsimile: (646) 417-7974

David E. Condon (BBO # 642741)
dcondon@lccplaw.com
Bradford N. Louison (BBO #305755)
blouison@lccplaw.com
LOUISON, COSTELLO, CONDON &
PFAFF, LLP
101 Summer Street
Boston, Massachusetts 02110
Telephone: (617) 439-0305
Telefacsimile: (617) 439-0325

SOLAR THERAPEUTICS INC.
And EDWARD DOW III,

By their attorneys,

/s/ Douglas B. Otto
Douglas B. Otto (BBO#555269)
Hannah Sfameni (BBO#705864)
DARROW EVERETT LLP
One Boston Place
Suite 2600
Boston, MA 02108
(617) 443-4500
dotto@darroweverett.com
hsfameni@darroweverett.com

**CERTIFICATION OF SERVICE**

I certify that this document filed through the ECF system will be sent electronically to registered participants as identified on the Notice of Electronic Filing (NEF) on today's date.

Dated: January 13, 2022

<u>/s/ Russell Smith</u>
Russell Smith