UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SACHA BARON COHEN, an individual, and PLEASE YOU CAN TOUCH, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>SOLAR THERAPEUTICS INC.,[1] a Massachusetts corporation; and EDWARD DOW III, an individual,<br><br>Defendants. | Civil Action No. 1:21-CV-11139-DJC |

**PLAINTIFFS' MOTION FOR LEAVE
TO FILE AMENDED COMPLAINT**

Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, Plaintiffs Sacha Baron Cohen ("Mr. Baron Cohen") and Please You Can Touch, LLC, ("PYCT") (collectively, the "Plaintiffs") respectfully move the Court for leave to file the First Amended Complaint ("FAC") attached hereto as Exhibit A, which is available, if requested, in redline format. Plaintiffs, through their counsel, seek to incorporate additional facts to the Original Complaint (ECF #1) ("Complaint") against the Defendants, Solar Therapeutics Inc. ("Solar") and Edward Dow III ("Dow") (collectively, the "Defendants").

Through their counsel, the Defendants have assented to this motion, subject to all appropriate defenses, and without agreeing to the characterizations or allegations contained in the motion or the proposed first amended complaint.

Rule 15(a)(2) provides that "a party may amend its pleading [with] the court's leave" and that "[t]he court should freely give leave when justice so requires." Fed. R. Civ. P.

---

[1] For the purposes of this motion, the original caption is being used. The attached Amended Complaint identifies the corporate defendant as SOLAR THERAPEUTICS INC. d/b/a SOLAR CANNABIS CO.

15(a)(2). Allowing Plaintiffs to file the FAC would serve justice and promote judicial efficiency. Further, there would be no substantial or undue prejudice, bad faith, undue delay, or futility if this motion is granted.

Through the FAC, the Plaintiffs seek to allege additional facts against the Defendants. In addition to deliberately featuring the portrait, picture, image, likeness, and persona of Mr. Baron Cohen and his "Borat" movie character in a commercial billboard (the "Billboard") on a busy interstate highway in Massachusetts, the Defendants have also included the portrait, picture, image, likeness, and persona of Mr. Baron Cohen and his "Borat" movie character on t-shirts and possibly other materials (collectively with the Billboard, the "Advertising Materials") to advertise and promote the sale of Defendant Solar's cannabis products. By using the Advertising Materials, the Defendants have falsely conveyed that Mr. Baron Cohen has endorsed their products and is affiliated with their business. This is in violation of federal law, namely, the Lanham Act of 1946 as amended (codified at 15 U.S.C. §§ 1051, *et seq*.) and the copyright laws of the United States, 17 U.S.C. §§ 101 *et seq*.

Further, shortly after the filing of the original Complaint and after the attendant publicity resulting from the public filing, Defendant Solar rebranded itself, changing its public name on its website and all of its social media and other publicity platforms from "Solar Therapeutics" to "Solar Cannabis Co." The Massachusetts Cannabis Control Commission licensing records confirm that Solar Cannabis Co. is now a d/b/a of Solar Therapeutics Inc. Accordingly, through the FAC, the Plaintiffs seek to amend the caption to accurately reflect Solar's current public name.

For all these reasons, and those stated in the attached memorandum in support, Plaintiffs respectfully request that the Court grant Plaintiffs leave to file the attached FAC. Also attached is a proposed order.

Dated: January 28, 2022

                                        Respectfully submitted,

By: /s/ Russell A. Smith
Russell A. Smith (Admitted *pro hac vice*)
rsmith@smithdehn.com
SMITHDEHN LLP
654 San Juan Avenue
Venice Beach
Los Angeles, California 90291
Telephone: (917) 239-5047
Telefacsimile: (646) 417-7974

David E. Condon (BBO # 642741)
dcondon@lccplaw.com
Bradford N. Louison (BBO #305755)
blouison@lccplaw.com
LOUISON, COSTELLO, CONDON & PFAFF, LLP
101 Summer Street
Boston, Massachusetts 02110
Telephone: (617) 439-0305
Telefacsimile: (617) 439-0325

*Attorneys for Plaintiffs*

## CERTIFICATE OF COMPLAINCE WITH LOCAL RULE 7.1

I, Russell Smith, do hereby certify that, pursuant to Local Rule 7.1(a)(2), I have conferred with counsel for the Defendants in a good faith attempt to resolve the issues raised by the foregoing motion. As explained above, the Defendants have assented to the motion.

/s/ Russell Smith
Russell Smith