# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SACHA BARON COHEN, an individual, and PLEASE YOU CAN TOUCH, LLC, a California limited liability company,<br><br>   Plaintiffs,<br><br>  v.<br><br>SOLAR THERAPEUTICS INC., a Massachusetts corporation; and EDWARD DOW III, an individual,<br><br>   Defendants. | Civil Action No. 1:21-CV-11139-DJC<br><br>**STIPULATION FOR DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED, by and between the Plaintiffs Sacha Baron Cohen and Please You Can Touch, LLC, and the Defendants Solar Therapeutics Inc. and Edward Dow III, through their undersigned counsel, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiffs' Complaint shall be dismissed with prejudice and without costs.

Dated: May 17, 2022

/s/Russell A. Smith
Russell A. Smith
(Admitted *pro hac vice*)
rsmith@smithdehn.com
SMITHDEHN LLP
654 San Juan Avenue
Venice Beach
Los Angeles, California 90291
Telephone: (917) 239-5047
Telefacsimile: (646) 417-7974

/s/ Douglas B. Otto
Douglas B. Otto (BBO# 555269)
dotto@darroweverett.com
DARROW EVERETT LLP
50 Congress Street
Suite 1040
Boston, MA 02108
Telephone: (617) 443-4500
Facsimile: (617) 933-1400

*Attorneys for Defendants*

David E. Condon (BBO # 642741)
dcondon@lccplaw.com
Bradford N. Louison (BBO #305755)
blouison@lccplaw.com
LOUISON, COSTELLO, CONDON &
PFAFF, LLP
101 Summer Street
Boston, Massachusetts 02110
Telephone: (617) 439-0305
Telefacsimile: (617) 439-0325

*Attorneys for Plaintiffs*

## CERTIFICATION OF SERVICE

I certify that this document filed through the ECF system will be sent electronically to registered participants as identified on the Notice of Electronic Filing (NEF) on today's date.

Dated: May 17, 2022

/s/ Russell Smith
Russell Smith
